# UNITED STATES DISTRICT COURT

WESTERN    District of    ARKANSAS

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

| JUAN CARLOS ESCOBAR-AGUILAR | | |
|---|---|---|
| | Case Number: | 5:10CR50118-001 |
| | USM Number: | 10347-010 |
| | Jack Schisler | |
| | Defendant's Attorney | |

## THE DEFENDANT:

X   admitted to violation of condition(s)   New Law Violation, Standard Condition    of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| New Law Violation | Entered Plea of Guilty on 01/11/2013 to Illegal Reentry into United States after Deportation Subsequent to a Felony Conviction  in Case No. 5:12CR50080-001 | 10/29/2012 |
| Standard Condition | Failure to Report to Nearest U.S. Probation Office within 72 Hours of Reentry into the United States | 10/29/2012 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:   None | May 1, 2013 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth:   XX/XX/1982 | |
| | |
| | Signature of Judge |
| Defendant's Residence Address: | |
| XXXXXXXXXX | |
| El Salvador | Honorable Jimm Larry Hendren, United States District Judge |
| | Name and Title of Judge |
| | |
| | May 2, 2013 |
| | Date |
| Defendant's Mailing Address: | |
| Same as above | |

DEFENDANT:        Juan Carlos Escobar-Aguilar
CASE NUMBER:      5:10CR50118-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :    **ten(10) months**, to run concurrently with the sentence imposed in Case No. 5:12CR50080-001. No term of supervised release to follow as it is anticipated that the defendant will be deported by immigration authorities following imprisonment.

☐   The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐   at _____ ☐ a.m.  ☐ p.m.    on _____ .

as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on _____ .

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL